# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH E. WHITLOCK, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| UNITED STATES OF AMERICA, et al., | : NO. 24-1361 |
| Defendants. | : |

## ORDER

**AND NOW**, this 12th day of August, 2024, upon consideration of Defendant United States' Motion to Transfer Venue (ECF No. 12) it is hereby **ORDERED** that said Motion is **GRANTED**, and the Clerk of Court **SHALL** transfer this action to the United States District Court for the Eastern District of Virginia.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**